No. 97–1426. CRAWFORD & CO. *v.* SONNIER. C. A. 3d Cir. Certiorari denied.

No. 97–1430. SCANDINAVIAN HEALTH SPA, INC. *v.* FRANKLIN. C. A. 11th Cir. Certiorari denied.

No. 97–1431. LINDSAY, EXECUTOR OF THE ESTATE OF SOSA, DECEASED *v.* JEFFERSON COUNTY ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1433. UIS, INC. *v.* INTERKAL, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1445. ROLLESTON *v.* CHERRY, EXECUTOR OF THE ESTATE OF SIMS, DECEASED. Ct. App. Ga. Certiorari denied.

No. 97–1446. BAEZA ET AL. *v.* NACCO INDUSTRIES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1452. FREEDOM COMMUNICATIONS, INC., DBA THE MONITOR *v.* MANCIAS, JUDGE, 93RD JUDICIAL DISTRICT COURT OF HIDALGO COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–1510. SKURATOWICZ *v.* TRACY, TAX COMMISSIONER OF OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 97–1522. SCHNEIDER *v.* CELESTINO ET VIR. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 97–1545. RHEAMS *v.* MARQUETTE UNIVERSITY ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–1554. SNYDER *v.* DEWOSKIN, TRUSTEE. C. A. 8th Cir. Certiorari denied.

No. 97–1563. LUEM *v.* BILLETTER. C. A. 9th Cir. Certiorari denied.

No. 97–1571. ROSMAN ET AL. *v.* GULF INDUSTRIES, INC., ET AL. Ct. App. La., 4th Cir. Certiorari denied.